**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1617**

---

RICHARD E. FOSTER,

Plaintiff - Appellant,

versus

CITY OF GREENVILLE FIRE DEPARTMENT; CHIEF
W. T. (TOMMY) MCDOWELL, Fire Marshall; L. H.
GODFREY, Assistant Fire Marshall; R. A. COOK;
KENNY V. CROSBY, Director of Human Resources,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-01-4824)

---

Submitted:  July 25, 2002          Decided:  July 31, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Richard E. Foster, Appellant Pro Se. Deborah Casey Brown, GALLIVAN,
WHITE & BOYD, P.A., Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard E. Foster appeals the district court's order dismissing individual defendants from his employment discrimination action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2